No. 2720. RANDOLPH *v.* HAHN. November Term, 1890. On the peremptory call of this case on the docket, the appellant failed to appear in person or by counsel, and had also failed to furnish the papers required by rule VIII. of this court. Whereupon respondent's counsel moved that the appeal be dismissed under rule XI. This motion was granted PER CURIAM January 6, 1891.

*W. A. Williams*, for the motion.